FILED

SEP 21 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1:15-CR-00092-001 LJO |
| vs. ) | ORDER OF RELEASE |
| CORNELIO ROJAS ) | |
| Defendant. ) | |

The above named defendant having been sentenced on September 21, 2015, to a period of TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

DATED: September 21, 2015

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1